# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MAXAMOR WENTZEL, A MINOR, BY HIS PARENT AND NATURAL GUARDIAN CHARISMA WENTZEL, AND CHARISMA WENTZEL, IN HER OWN RIGHT, | : | No. 483 EAL 2017 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| Respondents | : | |
| | : | |
| v. | : | |
| | : | |
| DOMINIC CAMMARANO, III, D.O.; READING HEALTH PHYSICIAN NETWORK; READING OB/GYN, P.C., READING OB/GYN & WOMEN'S BIRTH CENTER, LLC; READING HOSPITAL; READING HEALTH SYSTEM; ALL ABOUT CHILDREN PEDIATRIC PARTNERS, P.C.; TENET HEALTH SYSTEM; ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN, LLC; ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN; HEART CENTER FOR CHILDREN AND ALLEGHENY INTEGRATED HEALTH GROUP, | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.